IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

PAMELA BRADFORD                                                                                         PLAINTIFF
*On behalf of*
S.E., A MINOR


vs.                                             Civil No. 4:09-cv-04122

MICHAEL J. ASTRUE                                                                                      DEFENDANT
Commissioner, Social Security Administration

## **J U D G M E N T**

Comes now the Court in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

**ENTERED this 11th day of January, 2011.**

                                                                       s/ Barry A. Bryant
                                                                       HON. BARRY A. BRYANT
                                                                       U. S. MAGISTRATE JUDGE